**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

v.                                        **CASE NO. 4:16-CR-00017-BSM**

**MANDRICK HOLMES**                                                                                                **DEFENDANT**

**ORDER**

Mandrick Holmes's motion for compassionate release [Doc. No. 42] is denied because he has failed to show extraordinary and compelling reasons justifying his early release and because he is a danger to society. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020).

Holmes pled guilty to distribution of methamphetamine actual and was sentenced to 100 months imprisonment. Doc. No. 37. Holmes moves for compassionate early release, pursuant to 18 U.S.C. § 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. § 3553.

Holmes contends that he should be granted compassionate release because his medical conditions make him a high risk individual under the CDC's COVID-19 guidelines. Mot. Compassionate Release at 3, Doc. No. 42. Holmes suffers from high blood pressure, and has had recurring testicular problems over the past four years, including the growth of multiple testicular cysts, as well as persistent swelling and tenderness. *Id.* Holmes claims that the cysts are a source of constant pain, and that the medical staff at FCI Forrest City Medium, where he is imprisoned, has neglected over an extended period of time to biopsy his cysts to

determine if they are cancerous.  *Id.*  Holmes also argues that FCI Forrest City Medium cannot contain the spread of COVID, given that many staff members and inmates at the facility have recently contracted the virus.  *Id.* at 4.  If he is granted compassionate early release, Holmes states that he would reside at his mother's residence in Little Rock, along with his two sons.  *Id.*

The government objects to the motion because Holmes has failed to show that he is a proper candidate for compassionate release and because he is a danger to society.  Resp. Mot. Release at 3, 8–9, Doc. No. 43.  The government argues that Holmes's medical records do not mention a diagnosis for high blood pressure.  The government does acknowledge the existence of Holmes's testicular cysts, but argues that they do not place him at increased risk from COVID-19 and contends that defendant refused treatment on them when it was offered.  *Id.* at 4.  In support of its contention that Holmes poses a danger to society, the government points to his 2012 arson conviction, stemming from an incident in which he set a trailer on fire with a person inside of it.  *Id.* at 9.

IT IS SO ORDERED this 7th day of October, 2020.

 

UNITED STATES DISTRICT JUDGE